**PUBLISH**

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 95-8244

D. C. Docket No. 4:80-CV-247

WILBURN DOBBS,

Petitioner-Appellant,

versus

A. G. THOMAS, Warden,
Georgia Diagnostic and
Classification Center,

Respondent-Appellee.

Appeal from the United States District Court
For the Northern District of Georgia

**(January 19, 1996)**

Before TJOFLAT, Chief Judge, HATCHETT and BIRCH, Circuit Judges.

PER CURIAM:

This case is remanded to the district court, and the district court is directed to conduct de novo hearings on all issues regarding ineffective assistance of counsel in the sentencing phase of this case. Following hearings, the district court shall make written findings of fact and conclusions of law.

**REMANDED**